1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. GAAB
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4036
5
   Attorneys for Defendant
6

7
              IN THE UNITED STATES DISTRICT COURT FOR THE
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10
   TEDDY ARMSTRONG,              )    1:05-CV-1374 AWI DLB
11                               )
              Plaintiff,         )    STIPULATION AND ORDER
12                               )    TO EXTEND TIME
                                 )
13            v.                 )
                                 )
14 JO ANNE B. BARNHART,          )
   Commissioner of Social        )
15 Security,                     )
                                 )
16            Defendant.         )
   _____)
17

18      The parties, through their respective counsel, stipulate

19 that defendant's time to respond to plaintiff's confidential

20 letter brief be extended from June 8, 2006 to July 13, 2006.

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27

28
                                   1

1   This is defendant's first request for an extension of time
2   to respond to plaintiff's confidential letter brief.  Defendant
3   needs the additional time to further review the file and prepare
4   a response in this matter.

                                    Respectfully submitted,


Dated: June 8, 2006               /s/ Gina M. Fazio
                                  (As authorized via facsimile)
                                  GINA M. FAZIO
                                  Attorney for Plaintiff


Dated: June 8, 2006               McGREGOR W. SCOTT
                                  United States Attorney



                                  /s/ Kimberly A. Gaab
                                  KIMBERLY A. GAAB
                                  Assistant U.S. Attorney




     IT IS SO ORDERED.

     **Dated:   June 12, 2006**              **/s/ Dennis L. Beck**
3c0hj8                                    UNITED STATES MAGISTRATE JUDGE

2