1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7               IN THE UNITED STATES DISTRICT COURT FOR

8                 THE EASTERN DISTRICT OF CALIFORNIA

9                            AT FRESNO

10 Teddy Armstrong            )
                              )    1:05-CV-1374 AWI DLB
11                            )
           Plaintiff,         )    STIPULATION AND ORDER
12                            )
   vs.                        )
13                            )
   JO ANNE B. BARNHART,       )
14 Commissioner of Social     )
   Security,                  )
15                            )
           Defendant.         )
16 _____)

17

18         IT IS HEREBY STIPULATED by and between the parties as follows: that

19 appellant be granted an additional 60 day extension of time, until November 4, 2006, in

20 which to file and serve Plaintiff's Opening brief.  This extension is needed due to a

21 subsequent claim being filed by claimant which needs review.  All remaining actions under

22 the scheduling order filed, November 1, 2005, shall proceed under the time limit guidelines

23 set therein.

24 / /

25 / /

26 / /

27 / /

28 / /

| | | |
|---|---|---|
| 1 | Dated: September 5, 2006 | /s/ Gina Fazio |
| 2 | | GINA FAZIO,<br>Attorney for Plaintiff. |
| 3 | Dated: September 7, 2006 | |
| 4 | | MCGREGOR SCOTT<br>United States Attorney |
| 5 | | |
| 6 | | By: /s/ Kimberly A. Gaab<br>(as authorized via facsimile)<br>KIMBERLY A. GAAB |
| 7 | | Assistant U.S. Attorney |

IT IS SO ORDERED.

**Dated:   September 8, 2006**          **/s/ Dennis L. Beck**
3c0hj8                                                           UNITED STATES MAGISTRATE JUDGE